**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Carlos Cortez Diaz,

      Petitioner

v.

Todd Blanche, et al.,

      Respondents

Case No.: 2:26-cv-01056-JAD-NJK

**Order Directing Petitioner's Return to This District**

[ECF No. 9]

Petitioner Carlos Cortez Diaz seeks a writ of habeas corpus directing his release from immigration custody.[1]  On April 8, 2026, I appointed counsel and ordered that the federal respondents must not transfer him out of this district, with the exception of effectuating his lawful deportation.[2]  On April 27, 2026, Cortez Diaz's counsel filed a "notice of ongoing violation of [the] court's April 8, 2026, order"[3]  Counsel represents that, notwithstanding my order, Cortez Diaz was transferred to the California City Immigration Processing Center in California City, California on or around April 13, 2026.[4]  The U.S. Immigration and Customs Enforcement's (ICE) online detainee locator reflects that Cortez Diaz remains detained there.[5]  Cortez Diaz's counsel represents that she has reached out to respondents' counsel twice about his whereabouts—once on April 24th and again on April 27th—and received no response.

---

[1] ECF No. 4.

[2] ECF No. 3 at 3.

[3] ECF No. 9 (cleaned up).

[4] *Id.* at 2.

[5] *See Online Detainee Locator System*, U.S. Immigr. & Customs Enf't, https://locator.ice.gov/odls/#/search (search for Cortez Diaz's A-Number 024459500 reflects that he is detained at the California City Immigration Processing Center as of April 28, 2026).

Based on the representations of Cortez Diaz's counsel, I find that the federal respondents have violated this court's April 8, 2026, order, and compel the respondents to return him to this district. Unrelatedly, I note that Cortez Diaz's counsel filed its request for relief as a notice. A document requesting the court to take some action must be styled as a "motion," not merely a notice. Petitioner's counsel is advised that notices may not be acted on by the court in the future.

### Conclusion

IT IS THEREFORE ORDERED that the federal respondents are in violation of the court's April 8, 2026, order directing that petitioner Carlos Cortez Diaz must not be transferred out of this district, with the exception of effectuating his lawful deportation. **Carlos Cortez Diaz must be physically transferred to ICE custody at the Nevada Southern Detention Center in Pahrump, Nevada, no later than May 1, 2026.** The respondents **must file a notice of compliance by May 4, 2026.**

_____
U.S. District Judge Jennifer A. Dorsey
April 29, 2026